United States District Court
Middle District of Florida
Jacksonville Divison

Case 3:14-cv-1493-MMH-PDB

CHRISTOPHER SANDERS
  Plaintiff

V.

JOHN C. GREENE et al.,
  Defendants

2018 SEP 11 PM 12:42

CLERK, U.S.
MIDDLE DIST
JACKSONVILLE

PROVIDED TO
SANTA ROSA C.I. ON
SEP 06 2018
FOR MAILING BY

## Motion To Dismiss Counsel

Comes Now Plaintiff Christopher Sanders Pro Se, and request that this Court Dismiss Andrew Bonderud from representing Plaintiff and allow Plaintiff to Proceed Pro Se, and as grounds Plaintiff States the following.

1. Since Becoming Plaintiff's Counsel Mr. Bonderud has refused to Send Plaintiff Copies of all Motions he has filed in above Case before filing them.

2. Since Settling with the non-Medical defendants Mr. Bonderud has refused to respond to Plaintiff's Letters inquiring about why hasn't the Settlement with the non-Medical defendants gone any further. and why hasn't Plaintiff received a Copy of the Joint Stipulation for dismissal to go over.

3. Mr. Bonderud has refused to answer Plaintiff's questions about what is going on with the Medical defendants, why was Plaintiff not informed about the Medical defendants offering to Settle with the Plaintiff for $4,300 until after the Mediation hearing on July 13th 2018

4. Plaintiff has written Letters and had his family Call Mr. Bonderud and he has not gotten a response as of this Date.

## Conclusion

Wherefore Plaintiff request this Court dismiss Mr. Bonderud from this case and allow the Plaintiff to Proceed Pro Se, So that he will be Properly notified of every proceeding in the above case So he can resovle this Matter as quickly as Possible.

Respectfully Submitted

*Christopher Sanders* #894565

## Oath

I hereby Certify the above is true and Correct under the Penalty of Perjury.