**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER SANDERS,

Plaintiff,

v.

LT. GREENE, et al.,

Defendants.

Case No. 3:14-cv-1493-MMH-PDB

---

**RESPONSE TO PLAINTIFF'S MOTION TO DISMISS/WITHDRAW COUNSEL**

**COMES NOW** the undersigned Counsel for Plaintiff, and hereby responds to Plaintiff's Motion to Dismiss Counsel (Doc. 166), as follows:

1.      This matter was mediated and settled on July 13, 2018. *See* (Doc. 164).

2.      The defendants in this case are generally divided into two categories: the medical defendants, who are represented by Gregg Toomey, Esq., and the non-medical defendants, who are represented by Shirley Durham, Esq., of the Florida Attorney General's Office.

3.      Plaintiff has executed a release and settlement agreement for the non-medical defendants.  However, Plaintiff has advised the undersigned Counsel that he has questions and concerns about the proposed release and settlement agreement for the medical defendants.

4.      Since Plaintiff advised the undersigned Counsel about his questions and concerns (in writing via letter), the undersigned Counsel has repeatedly and unsuccessfully attempted to schedule a telephone conference with Plaintiff.

5.      Initially, the undersigned Counsel was delayed as a result of Plaintiff's classification officer being reassigned to other inmates.

6.      Then, after the undersigned Counsel successfully scheduled a telephone conference with Plaintiff, the telephone system at the prison facility where Plaintiff is currently housed became inoperative.

7.      The undersigned Counsel has been advised that there is no estimated date for the repair/correction of the prison facility's telephone system.

8.      The undersigned Counsel will endeavor to communicate with Plaintiff, to answer his questions, and to address his concerns unless and until this Court grants Plaintiff's motion and relieves the undersigned Counsel from further responsibilities in this case.

**WHEREFORE**, the undersigned Counsel respectfully requests the entry of any order this Honorable Court deems just and proper.

Dated September 14, 2018.

**THE BONDERUD LAW FIRM, P.A.**

*/s/ **Andrew Bonderud***
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
904-438-8082 (telephone)
904-800-1482 (facsimile)
E-Mail: BonderudLaw@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this day, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all Counsel of Record, and that I forwarded a true and accurate copy of the foregoing document via first class mail to the Plaintiff, Santa Rosa C.I., 5850 East Milton Road, Milton, FL 32583-7914.

_/s/ **Andrew Bonderud**_
Attorney